IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. |
| | ) | 1:25-CR-271-TWT-JEM |
| TERRY LEWIS BURSTON | ) | |
| | ) | |

**MOTION TO SUPPRESS EVIDENCE**

COMES NOW the Defendant, TERRY LEWIS BURSTON, by and through his undersigned counsel, and files this motion to suppress evidence. In support of this motion, Mr. Burston states the following.

Mr. Burston is charged by indictment with eleven offenses: Hobbs Act robbery in violation of 18 USC §§ 1951 and 3559(c); attempted Hobbs Act robbery in violation of 18 USC §§ 1951 and 3559(c); armed postal robbery in violation of 18 USC §§ 2114(a) and 3559(c); attempted armed postal robbery in violation of 18 USC §§ 2114(a) and 3559(c); three counts of brandishing a firearm during a crime of violence in violation of 18 USC §§ 924(c)(1)(A), 924(c)(1)(A)(ii), and 3559(c); three counts of assault on a federal employee with a dangerous weapon in violation of 18 USC §§ 111(a) & (b) and 3559(c); and possessing a firearm as a convicted felon in violation of 18 USC §§ 922(g)(1) and 924(e).

On May 17, 2025, United States Postal Inspectors responded to an attempted robbery of a post office in Lithonia, Georgia. After the incident at the post office, Postal Inspectors followed a vehicle Mr. Burston drove to his residence in Decatur, Georgia. After Mr. Burston went into the residence and returned to the vehicle several hours later, Postal Inspectors followed Mr. Burston to the parking lot of a Church's Chicken restaurant in Lithonia. Soon afterward, the Postal Inspectors arrested Mr. Burston in that parking lot. The arrest took place without a warrant.

After arresting Mr. Burston, the Postal Inspectors seized items that included clothing items, a mask, a construction vest, a handgun, and the vehicle Mr. Burston drove. The seizures of those items took place without a warrant. The law enforcement officers also questioned Mr. Burston following his arrest.

The Fourth Amendment to the United States Constitution states:

> The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

U.S. Const., Amend. IV. Warrantless searches and seizures are considered presumptively unreasonable, and very few exceptions to the warrant requirement exist. *Katz v. United States*, 389 U.S. 347 (1967); *United States v. Berrong*, 712 F.2d 1370, 1372 (11th Cir. 1983). The Government bears the burden of proving that a

departure from the warrant requirement was justified. *See United States v. Blasco*, 702 F.2d 1315, 1325 (11th Cir. 1983).

Evidence which is seized directly or as the fruit of an unlawful Fourth Amendment intrusion should be suppressed. *See Wong Sun v. United States*, 371 U.S. 471, 484-485 (1963). The fruit includes both tangible evidence and verbal statements which derive immediately from an unlawful intrusion. *Id*. at 485.

Mr. Burston challenges the lawfulness of the stop of his person, the seizure of his person, and the seizure of the aforementioned physical items. Mr. Burston moves the Court to suppress the physical evidence that the law enforcement officers seized and the statements that Mr. Burston made to law enforcement in connection with and following the seizure and arrest of his person. Mr. Burston asks that the Court conduct a hearing on this motion. He also requests that the Court allow him an opportunity to supplement this motion.

WHEREFORE, Mr. Burston requests that this motion be granted.

Dated: This 26th day of September, 2025.

Respectfully submitted,

*s/ Kendal D. Silas*
KENDAL D. SILAS
State Bar of Georgia No. 645959
Attorney for TERRY BURSTON

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303; 404/688-7530

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Suppress Evidence was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

Cathelynn Tio, Esq.
Noah Schechtman, Esq.
Assistant United States Attorneys
Northern District of Georgia
Federal Courthouse, Ste. 600
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Dated: This 26th day of September, 2026.

s/ *Kendal D. Silas*
KENDAL D. SILAS, Esq.
Attorney for TERRY BURSTON